423 Pa. 629 (1966)
Commonwealth ex rel. Chase, Appellant,
v.
Myers.
Supreme Court of Pennsylvania.
Submitted May 23, 1966.
September 27, 1966.
Before BELL, C.J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.
Charles R. Chase, appellant, in propria persona.
Leslie B. Handler, Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for appellee.
OPINION PER CURIAM, September 27, 1966:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.